IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENJAMIN OSHEA CALHOUN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | MISC. ACTION NO. H-12-663 |
| | § | |
| HARRIS COUNTY DISTRICT CLERKS OFFICE, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Benjamin Oshea Calhoun, has filed a number of suits alleging various claims against various defendants arising out of what appears to be similar factual allegations. This court denied the *in forma pauperis* applications. Calhoun has filed motions for new trial in both cases. For the reasons stated in the orders denying the applications, and because Calhoun has not shown a basis for the relief he seeks, the motions are denied.

SIGNED on November 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge